IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEONTAE THOMAS,

    Plaintiff,

v.                                        CASE NO. 4:15cv326-RH/GRJ

R.A. COLLINS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 62. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendants' summary-judgment motion, ECF No. 54, is granted.

3. The clerk must enter judgment stating, "This action was resolved on a summary-judgment motion. It is ordered that the plaintiff Deontae Thomas recover nothing on his claims. The claims are dismissed on the merits."

4. The clerk must close the file.

SO ORDERED on June 19, 2017.

                                            s/Robert L. Hinkle
                                            United States District Judge